**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**WILFRED BURAS**                                                                              **PLAINTIFF**

**VERSUS**                                                                    **CIVIL ACTION NO. 1:05CV159LG-RHW**

**MICHAEL SCHIESSLE, JOHN DOE 1,**                                                **DEFENDANTS**
**TRIUNE CORP., in personam, and ONE 45**
**FOOT DONZI POWERBOAT, in rem**

## JUDGMENT BY DEFAULT UPON WRIT OF INQUIRY

   THIS CAUSE came on for hearing before the Court on the Motion of the Plaintiff, Wilfred Buras, for a Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, against the Defendant, Michael Schiessle.  The court heard testimony from Plaintiff, Wilfred Buras, and received documentary evidence supporting Plaintiff's damages.  Michael Schiessle, having been duly served with a Complaint and not being an infant or an unrepresented incompetent person, and having failed to plead or otherwise defend, and default having been duly entered against Michael Schiessle; it is therefore,

   ORDERED and ADJUDGED that the Plaintiff, Wilfred Buras, shall have and recover from Defendant, Michael Schiessle, past, present and future damages in the sum of Three Hundred Sixteen Thousand Six Hundred Thirty Eight and no/100 Dollars ($316,638.00) all together with legal interest equal to eight per centum (8%) per annum continuing to accrue post judgment, and for all of which let execution issue. It is further

   ORDERED and ADJUDGED that upon motion ore tenus of the Plaintiff that the Defendants, Triune Corp. and One 45 Foot Donzi Powerboat, are dismissed without prejudice to the Plaintiff.

   **SO ORDERED AND ADJUDGED** this the 3th day of March, 2007.


                                                              s/ *Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                              UNITED STATES DISTRICT JUDGE